**REDACTED COPY**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

FILED
2018 MAY 16 PM 12: 54
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
    DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | Cause No.: |
| v. | § § | **INDICTMENT** |
| OSCAR EFRAIN DIAS-FUNEZ | § § § | [Vio: 8 U.S.C. § 1326(a) & (b)(1)/(2): Illegal Re-entry into the United States.] |

THE GRAND JURY CHARGES:

**DR18CR0952**

COUNT ONE
[8 U.S.C. § 1326(a) & (b)(1)/(2)]

That on or about April 18, 2018, in the Western District of Texas, Defendant,

OSCAR EFRAIN DIAS-FUNEZ,

an alien, attempted to enter, entered, and was found in the United States having previously been denied admission, excluded, deported and removed from the United States on or about November 6, 2017, and that the Defendant had not received the consent of the Attorney General of the United States and the Secretary of the Department of Homeland Security, to reapply for admission to the United States, in violation of Title 8, United States Code, Section 1326(a) and (b)(1)/(2).

A TRUE BILL

_____
FOREPERSON

JOHN F. BASH
United States Attorney

By: _____
TODD R. KEAGLE
Assistant United States Attorney

SEALED:
UNSEALED: XX

**PERSONAL DATA SHEET**
**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**DEL RIO DIVISION**

**DR 18 CR 0952**

COUNTY: KINNEY          USAO#: 2018R08198

DATE: MAY 16, 2018      MAG. CT. #: DR18-3614M

AUSA: TODD R. KEAGLE

DEFENDANT: OSCAR EFRAIN DIAS-FUNEZ

CITIZENSHIP: HONDURAS

INTERPRETER NEEDED: YES    LANGUAGE: SPANISH

DEFENSE ATTORNEY: ALFRED VAN SUMPTER

ADDRESS OF ATTORNEY: 2205 VETERANS BLVD., SUITE A-2, DEL RIO, TEXAS 78840

DEFENDANT IS: DETAINED    DATE OF ARREST: APRIL 18, 2018

BENCH WARRANT NEEDED: NO

PROBATION OFFICER: N/A

NAME AND ADDRESS OF SURETY: N/A

YOUTH CORRECTIONS ACT APPLICABLE: NO

PROSECUTION BY: INDICTMENT

OFFENSE: (Code & Description): 8 U.S.C. § 1326(a)(1) & (b)(1)/(2) - ILLEGAL REENTRY AFTER DEPORTATION.

OFFENSE IS: FELONY

MAXIMUM SENTENCE: 20 YEARS IMPRISONMENT; A $250,000 FINE; 3 YEARS OF SUPERVISED RELEASE; AND A $100 SPECIAL ASSESSMENT.

PENALTY IS MANDATORY: YES & NO

REMARKS: SEE ABOVE

W/DT-CR-3